# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MR. BRANDON RUFFIN, | : | No. 71 EM 2019 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, (ET AL.), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2019, the "Application to Proceed under the Pennsylvania's King' [sic] Bench Process.  Pa.R.A.P. Rule 3309, Extraordinary Relief" is DENIED.